IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REGINALD COPELAND,

Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, and the STATE
OF FLORIDA,

Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5422

Opinion filed January 23, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Reginald Copeland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

DISMISSED as successive.

WETHERELL, JAY, and WINSOR, JJ., CONCUR.